

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00105-CV

| | | |
|---|---|---|
| IN THE INTEREST OF J.E., A CHILD | § | On Appeal from |
| | § | County Court at Law No. 1 |
| | § | of Wise County (CV17-04-324) |
| | § | July 1, 2021 |
| | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Mother shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
     Justice Mike Wallach